**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ROBERTO CARLOS AGUILAR VAZQUEZ #A240-281-010** | **CIVIL ACTION NO. 26-1845 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN WINN CORRECTIONAL CENTER ET AL** | **MAG. JUDGE WHITEHURST** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered (R. Doc. 8), together with the objections filed with the Court, and, after a *de novo* review of the record, having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by ROBERTO CARLOS AGUILAR VAZQUEZ is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 18th day of August, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**